

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

TEMITOPE BASHUA,
a/k/a "Peppersneh Mega,"

Defendant.

Case No. DLB 23 cr 449

Filed Under Seal

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and Bijon A. Mostoufi and Harry M. Gruber, Assistant United States Attorneys for said District, for the following reasons, moves this Honorable Court to order and direct that the Indictment in the above-captioned case should be **SEALED**, and should not appear on the public docket or otherwise be known to the public at this time.

In support of this motion, the government submits that agents are continuing their investigation and premature disclosure of the Indictment, the ongoing investigation, and/or the allegations set forth in the Indictment, could compromise the ongoing federal investigation, result in the destruction of evidence, and/or cause subjects of interest to engage in acts to avoid law enforcement.

The government further requests that this Court seal this motion and any accompanying order as premature disclosure of the information in these materials could endanger the safety of law enforcement and/or frustrate a continuing investigation.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Bijon A. Mostoufi
Harry M. Gruber
Assistant United States Attorneys