IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Crim. No. SAG-23-449 |
| | * |
| TEMITOPE BASHUA, | * |
| a/k/a "PEPPERSNEH MEGA," | * |
| | * |
| Defendant. | * |

*******

## MOTION TO UNSEAL

The United States of America, through the undersigned attorneys, hereby moves this Honorable Court for an order unsealing the above-captioned case. The Defendant has been arrested, obviating the need to maintain the case under seal.

**WHEREFORE**, the Government requests that this case be unsealed, and this Motion and Order be filed on the public docket.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
(Digitally signed by BIJON MOSTOUFI, Date: 2024.05.31 08:37:04 -04'00')

Bijon A. Mostoufi
Assistant United States Attorney

**ORDERED** as prayed, this ___ day of May 2024.

_____
Honorable Erin Aslan
United States Magistrate Judge