FILED ___ ENTERED
LOGGED ___ RECEIVED

MAY 3 1 2024

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Temitope Bashua

Case No. SAG-23-0449

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for June 7, 2024 _(date)_ at _11:00 AM_ before J. Mark Coulson, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at ___CDF___) (Other Custodial Official) and produced for the hearing.

Date: May 31, 2024

Erin Aslan
United States Magistrate Judge