AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC- BALTIMORE
'24 MAY 31 PM3:39

**HD**
Rcv'd by: _____

United States of America
v.

TEMITOPE BASHUA

_Defendant_

Case No. SAG-23-449

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_ **TEMITOPE BASHUA**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, Wire Fraud, and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1349, 1343, and 1028A.

Date: May 29, 2024

_Issuing officer's signature_

City and state: Baltimore, Maryland

Hon. Erin Aslan, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 05/29/2024, and the person was arrested on _(date)_ 05/31/2024
at _(city and state)_ Upper Marlboro, MD.

Date: 05/31/2024

_Arresting officer's signature_

Special Agent Brian Ebel
_Printed name and title_