✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
12:15 pm, Jun 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. SAG-23-449 |
| v. | * |
| | * |
| TEMITOPE BASHUA, | * |
| | * |
| Defendant. | * |

******

## GOVERNMENT'S DETENTION HEARING EXHIBITS

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | JUN 0 7 2024 | JUN 0 7 2024 | UI Video 1 |
| 2 | JUN 0 7 2024 | JUN 0 7 2024 | UI Video 2 |
| 3 | JUN 0 7 2024 | JUN 0 7 2024 | Photo 1<br>CA EDD B of A card - Bullard - November 2020 |
| 4 | JUN 0 7 2024 | JUN 0 7 2024 | Photo 2<br>MD UI - B of A Card - Garcia - November 2020 |
| 5 | | | Found at residence -- Robin Brown M&T Bank Statement |
| 6 | JUN 0 7 2024 | JUN 0 7 2024 | 3314933009 William Greens - Application Overview |
| 7 | JUN 0 7 2024 | JUN 0 7 2024 | F.A. Wells Fargo Statement |
| 8 | JUN 0 7 2024 | JUN 0 7 2024 | Photo<br>Wells Fargo - Augustern - Debit Card - October 2020 |
| 9 | JUN 0 7 2024 | JUN 0 7 2024 | 3315137738 Robin Brown Builders - Application Overview |
| 10 | JUN 0 7 2024 | JUN 0 7 2024 | Citi 8138 SBA Deposit |
| 11 | JUN 0 7 2024 | JUN 0 7 2024 | Citi 8138 Withdrawal Check 9.15.22 |
| 12 | | | Photo<br>Citi Card - Robin Brown - November 2020 |
| 13 | JUN 0 7 2024 | JUN 0 7 2024 | M&T 1394 card_sig |

1

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 14 | JUN 0 7 2024 | JUN 0 7 2024 | M&T 1394 check deposit(f) |
| 15 | JUN 0 7 2024 | JUN 0 7 2024 | M&T 1394__2022Sep21 148,825.67 |
| 16 | JUN 0 7 2024 | JUN 0 7 2024 | DDA 96061097 |
| 17 | JUN 0 7 2024 | JUN 0 7 2024 | Invoice to UC Health |
| 18 | JUN 0 7 2024 | JUN 0 7 2024 | Photo<br>UCH Payment - January 2020 |
| 19 | JUN 0 7 2024 | JUN 0 7 2024 | D.G. APD Check |
| 20 | | | D.G. Check Deposit |
| 21 | | | D.G. Withdrawal - $35,000 - 5-9-2023 |
| 22 | JUN 0 7 2024 | JUN 0 7 2024 | M.A ADP Check |
| 23 | JUN 0 7 2024 | JUN 0 7 2024 | Video<br>M.A Check Deposit |
| 24 | JUN 0 7 2024 | JUN 0 7 2024 | $1.1MM Deposit to M&T Bank |
| 25 | JUN 0 7 2024 | JUN 0 7 2024 | $90K PNC Deposit Slip |
| 26 | JUN 0 7 2024 | JUN 0 7 2024 | $Money Conversion Notes |
| 27 | JUN 0 7 2024 | JUN 0 7 2024 | Amorita Snow $ Deposit - CA Covid-19 Rent Relief |
| 28 | JUN 0 7 2024 | JUN 0 7 2024 | Amorita Snow Cell Phone |
| 29 | JUN 0 7 2024 | JUN 0 7 2024 | Photo<br>Amorita Snow ID + SSN |
| 30 | JUN 0 7 2024 | JUN 0 7 2024 | Dakosh LLC Records |
| 31 | JUN 0 7 2024 | JUN 0 7 2024 | Dakosh Passport |
| 32 | JUN 0 7 2024 | JUN 0 7 2024 | Lease Agreement - Capital Lane |
| 33 | JUN 0 7 2024 | JUN 0 7 2024 | Oluwatosin Oyebanji - PEPCO Bill |
| 34 | JUN 0 7 2024 | JUN 0 7 2024 | Item 008RT |
| 35 | JUN 0 7 2024 | JUN 0 7 2024 | FERS letter sent to Blacksmith Court |