✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
12:15 pm, Jun 07 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States of America
Government                          *

vs.                                 *          Case No.: SAG-23-00449

Temitope Bashua                     *
Defendant                           *

                                    *

****** 

**Stipulation Regarding Return of Exhibits**

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**          **DEFENDANT'S EXHIBITS**

ALL _____          _____

_____              _____

_____              _____

_____              _____

All Government's exhibits           All Defendant's exhibits
returned: __6/7/24__                returned: _____

Received the above listed exhibits this date: 6/7/24

Counsel for Government:              Counsel for Defendant(s):

_____              _____

_____              _____

_____              _____

Date: June 7, 2024

U.S. District Court (Rev. 8/2022) - Stipulation Regarding Return of Exhibits