IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TEMITOPE BASHUA,<br>    a/k/a "PEPPERSNEH MEGA,"<br><br>Defendant. | CRIMINAL NO. SAG-23-449 |

## ORDER

Upon consideration of the Government's Seventh Consent Motion for Exclusion of Time from Speedy Trial Act Computations (the "Motion") and based on the facts and arguments provided in the Motion, the Court makes the following findings:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the 70-day period provided in 18 U.S.C. § 3161(c)(1) if the ends of justice served by such a delay outweigh the interests of the defendant and the public in a speedy trial.

Here, Defendant was indicted on December 13, 2023. The Defendant had his initial appearance on the indictment on May 31, 2024. A trial date in this case has not been set.

Counsel for the Defendant and the Government anticipate resolving the case pursuant to a written plea agreement, which has been submitted to chambers, and a plea hearing is scheduled with the Court for May 29, 2025. With this background, time is subject to exclusion under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(G)–(H).

As such, trial within 70 days would deny counsel for Defendant and the attorney for the Government the reasonable time necessary for effective preparation. Therefore, the ends of justice served by such a delay outweigh the interests of Defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED that:

1. Pursuant to 18 U.S.C. § 3161(h), the Motion is GRANTED; and

2. The time period from **April 15, 2025, through and including May 29, 2025**, is hereby excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act.

April 10, 2025
Date

STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

2